Sara Smith Ray (State Bar No. 140564)
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, California 91436
(818) 907-6900 – Telephone
(818) 907-6906 - Facsimile
sray@altmanray.com

Attorneys for Plaintiff:   CARL T. EDWARDS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. EDWARDS, <br><br> Plaintiff, <br><br> Vs. <br><br> AT&T DISABILITY INCOME PLAN, <br><br> Defendants. | CASE NO. 03 CV 4573 PJH <br><br> PLAINTIFF'S REQUEST FOR EXTENSION FOR STATUS CONFERENCE |

Plaintiff, CARL T. EDWARDS, hereby requests that court grant an extension for approximately 60 days to allow plaintiff to serve the Complaint in this matter and prepare for the Status Conference with defendant's counsel.

1

1  Good cause appears as plaintiff's counsel has contacted AT&T regarding services of
2  the Complaint. Approximately one week ago, I was advised that AT&T would accept
3  service at a P.O. Box in Texas and plaintiff has forward the complaint as directed.
4  Due to an illness and hospitalization of my husband, I inadvertently did not note this
5  upcoming conference. I apologize to the Court and request that the conference be
6  continued approximately 60 days to February 14, 2008.
7
8  Date: December 11, 2007
9
10                                             ALTMAN & RAY LLP
11                                       By: _____
                                               SARA SMITH RAY
12                                             ATTORNEYS FOR PLAINTIFF
                                               CARL T. EDWARDS
13
                                               ORDER
14
15     It is hereby order that the Scheduling Conference set for December 13, 2007 be
16  continued to February 14, 2008 at _____.
17
                                               _____
18                                             Honorable Phyllis J. Hamilton

2