Sara Smith Ray (State Bar No. 140564)
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, California 91436
(818) 907-6900 – Telephone
(818) 907-6906 - Facsimile
sray@altmanray.com

Attorneys for Plaintiff:   CARL T. EDWARDS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARL T. EDWARDS,

    Plaintiff,

Vs.

AT&T DISABILITY INCOME PLAN,

    Defendants.

CASE NO. 07 CV 4573 PJH

PLAINTIFF'S REQUEST FOR EXTENSION FOR STATUS CONFERENCE  AND ORDER

Plaintiff, CARL T. EDWARDS, hereby requests that court grant an extension for approximately 60 days to allow plaintiff to serve the Complaint in this matter and prepare for the Status Conference with defendant's counsel.

1

1  Good cause appears as plaintiff's counsel has contacted AT&T regarding services of
2  the Complaint. Approximately one week ago, I was advised that AT&T would accept
3  service at a P.O. Box in Texas and plaintiff has forward the complaint as directed.
4  Due to an illness and hospitalization of my husband, I inadvertently did not note this
5  upcoming conference. I apologize to the Court and request that the conference be
6  continued approximately 60 days to February 14, 2008.
7
8  Date: December 11, 2007
9
10                                                          ALTMAN & RAY LLP
11                                                    By: _____
12                                                          SARA SMITH RAY
                                                            ATTORNEYS FOR PLAINTIFF
13                                                          CARL T. EDWARDS
14                                              ORDER
15     It is hereby order that the Scheduling Conference set for December 13, 2007 be
16  continued to February 14, 2008 at   2:30 P.M.
17                                               _____
                                                 Honorable Phyllis J. Hamilton
18
19
20
21
22
23
24
25
26
27
28

                                               2