1  Sara Smith Ray (State Bar No. 140564)
   ALTMAN & RAY
2  20700 Ventura Boulevard, Suite 128
3  Woodland Hills, California 91436
   (818) 907-6900 – Telephone
4  (818) 907-6906 - Facsimile
   sray@altmanray.com
5
6  Attorneys for Plaintiff:  CARL T. EDWARDS
7
8                    UNITED STATES DISTRICT COURT FOR THE
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11
12 CARL T. EDWARDS,              )   CASE NO. 03 CV 4573 PJH
13                               )
                    Plaintiff,   )   PLAINTIFF'S RULE 26 STATUS
14                               )   CONFERENCE REPORT
   Vs.                           )
15                               )
   AT&T DISABILITY INCOME PLAN,  )
16                               )
                    Defendants.  )
17 _____
18
19
20   Plaintiff, CARL T. EDWARDS, submits the following Status Conference Statement:
21
22      A.   **JURISDICTIONAL BASIS:**
23      This is a claim brought under the Employee Retirement Income Security Act (ERISA), 29 U.S.C.
24 Section 1001 *et seq*. As such, the basis for subject matter jurisdiction is 28 U.S.C. Section 1337 and 29
25 U.S.C. Section 1132(e).
26      B.   **PRINCIPAL CONTENTIONS:**
27      1.   PLAINTIFF:  Plaintiff contends that Defendants wrongfully denied benefits due to him
28 under the disability plan and contingent benefit plans.

1

C.  **KEY LEGAL ISSUES:**

1. Whether a "de novo" or an "abuse of discretion" standard of judicial review applies in this case, and whether information outside the Administrative Record should be considered by this Court.

2. Whether the denial-of-benefits decision was wrongful under the applicable standard of judicial review.

D.  **DAMAGES:**

Plaintiff claims monthly benefits under the terms of the Plan less offsets as allowed under the Plan along with reinstatement of contingent benefit plans. Plaintiff seeks total benefits up to and including time of trial, interest thereon, attorney's fees and costs. Defendants dispute Plaintiff's entitlement to any damages in this case.

E.  **INSURANCE:**

There is no insurance for the litigation. However, benefits under the Plan are funded by way of a group insurance policy issued by Continental Casualty Company.

F.  **DISCOVERY:**

Because this is a claim brought under ERISA, the any entitlement to discovery is governed by the standards set forth in Kearney v. Standard Ins. Co. 175 F.3d 1084 (9th Cir. 1999)(en banc), as well as subsequent case law. Plaintiff may seek additional discovery on the issue of the appropriate standard of review to include, but not be limited to, written discovery as to the Defendants' claim procedures, and if necessary, the depositions of Defendants' claim handlers and medical consultants.

G.  **PROPOSED CASE MANAGEMENT DATES:**

Plaintiff requests that the Court enter the following orders regarding the governance of the trial in this case:

1. In Kearney v. Standard Ins. Co, 175 F. 3d 1084 (9th Cir. 1999) (en banc), the Ninth Circuit determined that a District Court's review of a plan administrator's benefits decision under ERISA should – with some exceptions of extrinsic evidence – be conducted solely on the Administrative Record that was before the administrator at the time it made its decision;

2. Plaintiff requests a waiver of the Pre-Trial Conference.

3. This matter should be tried to the Court.

2

4. Trial of this matter will consist of the following:

   (a) The filing of the Administrative Record;

   (b) The filing of an Opening Memorandum and an Opposition by each party, setting forth via citations to the Record and to appropriate authority why that party should prevail in this action and legal arguments concerning the appropriate standard of review; and

   (c) A hearing before the Court for presentation of excerpts from the Record and oral argument. The parties estimate that one to three hours will be necessary for the trial.

5. Plaintiff does not anticipate joining any additional parties or amending the pleadings.

Respectfully submitted,

Date: February 11, 2008

ALTMAN & RAY LLP

By: _____
SARA SMITH RAY
ATTORNEYS FOR PLAINTIFF
CARL T. EDWARDS

3