UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL T. EDWARDS,

    Plaintiff(s),                      No. C 07-4573 PJH

    v.                                **CLERK'S NOTICE**

AT&T DISABILITY INCOME PLAN,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **March 6, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** February 14, 2008, in this matter. A joint case management conference statement shall be filed by February 28, 2008.

                                                  Richard W. Wieking
                                                  Clerk, U.S. District Court

                                                  by:_____
                                                  Nichole Heuerman, Deputy Clerk
                                                  Honorable Phyllis J. Hamilton
                                                  (415) 522-2023

Dated: February 13, 2008