1 | Sara Smith Ray  (State Bar No. 140564)
2 | ALTMAN & RAY
  | 20700 Ventura Boulevard, Suite 128
3 | Woodland Hills, California 91436
4 | (818) 907-6900 – Telephone
  | (818) 907-6906 - Facsimile
5 | sray@altmanray.com
6 |
  | Attorneys for Plaintiff:   CARL T. EDWARDS
7 |
8 |
9 |               UNTED STATES DISTRICT COURT FOR THE
10 |
11 |              NORTHERN DISTRICT OF CALIFORNIA
12 |
13 |
14 | CARL T. EDWARDS,                    )   CASE NO. 03 CV 4573 PJH
   |                                     )
15 |          Plaintiff,                 )   PLAINTIFF'S RULE 26 STATUS
   |                                     )   CONFERENCE REPORT AND
16 | Vs.                                 )   REQUEST FOR CONTINUANCE OF
17 |                                     )   CASE MANAGEMENT
   | AT&T DISABILITY INCOME             )   CONFERENCE
18 | PLAN,                               )
19 |                                     )   Scheduling Conference:  March 6, 2008
   |          Defendants.                )
20 |                                     )
21 |                                     )
   |                                     )
22 |                                     )
23 |
24 |        Plaintiff, CARL T. EDWARDS, submits the following Status Conference
25 | Statement:
26 | **SERVICE:**
27 |        Defendant in this matter is an ERISA benefit plan.   Counsel for plaintiff, through the
28 | assistance of  AT&T legal counsel in Los Angeles, obtained agreement and served

defendant AT&T Disability Income Plan February 28, 2008.  A copy of the
acknowledgement of acceptance of service is attached hereto.

Plaintiff's counsel is grateful for the patience of the Court in this matter regarding the
difficulty plaintiff has had in obtaining service.  So that defendant may answer and
participate in the case management order, plaintiff request, what we believe to be the final
request for continuance.  The answer is defendant March 19, 2008 and plaintiff will make
all efforts to immediately meet with AT&T's counsel, prepare and file the Case
Management Statement.

Respectfully submitted,
Date:  February 28, 2008                    ALTMAN & RAY LLP

                                            By: _____
                                                SARA SMITH RAY
                                                ATTORNEYS FOR PLAINTIFF
                                                CARL T. EDWARDS



**at&t**

February 28, 2008

Sara Smith Ray, Esq.
Allman & Ray
20700 Ventura Blvd. Suite 128
Woodland Hills, CA 91364

RE: Carl T. Edwards v. AT&T Disability Income Plan

Dear Ms. Ray:

This will confirm that today we accepted service of process in the above-referenced cause
of action via a faxed copy of the complaint. This is not our usual procedure for service of
process for litigation against our disability plans but we made an exception in this case
due to circumstances.

Sincerely,

*Christine Holland*

Christine Holland, Associate Director, Benefits
for and on behalf of the
AT&T Disability Income Plan