Sara Smith Ray (State Bar No. 140564)
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, California 91436
(818) 907-6900 – Telephone
(818) 907-6906 - Facsimile
sray@altmanray.com

Attorneys for Plaintiff: CARL T. EDWARDS

# UNTED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. EDWARDS, | CASE NO. 03 CV 4573 PJH |
| Plaintiff, | PLAINTIFF'S RULE 26 STATUS CONFERENCE REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| Vs. | |
| AT&T DISABILITY INCOME PLAN, | |
| Defendants. | Scheduling Conference: March 6, 2008 |

Plaintiff, CARL T. EDWARDS, submits the following Status Conference Statement:

**SERVICE:**

Defendant in this matter is an ERISA benefit plan. Counsel for plaintiff, through the assistance of AT&T legal counsel in Los Angeles, obtained agreement and served

1  defendant AT&T Disability Income Plan February 28, 2008. A copy of the
2  acknowledgement of acceptance of service is attached hereto.

4      Plaintiff's counsel is grateful for the patience of the Court in this matter regarding the
5  difficulty plaintiff has had in obtaining service. So that defendant may answer and
6  participate in the case management order, plaintiff request, what we believe to be the final
7  request for continuance. The answer is defendant March 19, 2008 and plaintiff will make
8  all efforts to immediately meet with AT&T's counsel, prepare and file the Case
9  Management Statement.

11 Respectfully submitted,
12 Date: February 28, 2008        ALTMAN & RAY LLP

By: _____
SARA SMITH RAY
ATTORNEYS FOR PLAINTIFF
CARL T. EDWARDS


at&t

February 28, 2008

Sara Smith Ray, Esq.
Allman & Ray
20700 Ventura Blvd. Suite 128
Woodland Hills, CA 91364

RE: Carl T. Edwards v. AT&T Disability Income Plan

Dear Ms. Ray:

This will confirm that today we accepted service of process in the above-referenced cause of action via a faxed copy of the complaint. This is not our usual procedure for service of process for litigation against our disability plans but we made an exception in this case due to circumstances.

Sincerely,

Christine Holland, Associate Director, Benefits
for and on behalf of the
AT&T Disability Income Plan

AT&T Services, Inc. P. O. Box 29690, San Antonio, Texas 78229