UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL T. EDWARDS,

    Plaintiff(s),

No. C 07-4573 PJH

v.

**CLERK'S NOTICE**

AT&T DISABILITY INCOME PLAN,

    Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **April 17, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** March 6, 2008, in this matter. A joint case management conference statement shall be filed by April 10, 2008.

Richard W. Wieking
Clerk, U.S. District Court

by: _____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: March 3, 2008