1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
     *lch@millerlawgroup.com*
3  Katherine L. Kettler (SBN 231586)
     *klk@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA  94939
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  AT&T Umbrella Benefit Plan No. 1

9  Sara Smith Ray (SBN 140564)
     *sray@altmanray.com*
10 ALTMAN & RAY
   20700 Ventura Boulevard, Suite 128
11 Woodland Hills, CA 91436
   Tel. (818) 907-6900
12 Fax (818) 907-6906

13 Attorneys for Plaintiff CARL T. EDWARDS

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| CARL T. EDWARDS,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T DISABILITY INCOME PLAN,<br><br>             Defendants. | Case No.:  C 07-4573 PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:  January 29, 2008 |

Pursuant to N.D. Local CA Rule 6-1(a) the Parties, Plaintiff CARL T. EDWARDS (hereinafter "Plaintiff") and Defendant AT&T Umbrella Plan No. 1 (erroneously sued herein as AT&T DISABILITY INCOME PLAN) (hereinafter "Defendant"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within

1
**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
USDC Case No.:  C 07-4573 PJH

1  which Defendant will answer or otherwise respond to the complaint up to and including April
2  9, 2008.  This stipulation does not alter any court imposed deadlines.

4  Dated:  March  12, 2008                     ALTMAN & RAY

7                                              By:  /S/ Sara Smith Ray
                                                    Sara Smith Ray
8                                                   Attorneys for Plaintiff CARL T. EDWARDS

10 Dated:  March 12, 2008                      MILLER LAW GROUP
                                               A Professional Corporation

12                                             By:  /S/ Lisa C. Hamasaki
                                                    Lisa C. Hamasaki
13                                                  Attorneys for Defendant
14                                                  AT&T Umbrella Benefit Plan No. 1

2
**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
USDC Case No.:  C 07-4573 PJH