Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1
(erroneously sued as AT&T DISABILITY INCOME PLAN)

Sara Smith Ray (SBN 140564)
  sray@altmanray.com
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, CA 91436
Tel. (818) 907-6900
Fax (818) 907-6906

Attorneys for Plaintiff CARL T. EDWARDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T DISABILITY INCOME PLAN,<br><br>    Defendants. | Case No.: C 07-4573 PJH<br><br>**STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER** |

The Parties, Plaintiff CARL T. EDWARDS ("Plaintiff") and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (erroneously sued as AT&T DISABILITY INCOME PLAN, and hereinafter "Defendant"), by and through their undersigned attorneys, hereby stipulate to continue the Initial Case Management Conference currently calendared for April 17, 2008 at 2:30 p.m. to May 29, 2008 at 2:30 p.m.  The Parties further agree to continue all associated deadlines, including applicable ADR deadlines, the deadline for completing initial disclosures, filing a case management statement and filing a Rule 26(f) report to the dates set forth below:

| | |
|---|---|
| May 8, 2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| May 22, 2008 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| May 29, 2008 | INITIAL CASE MANAGEMENT CONFERENCE |

Good cause exists for this extension because it will allow Defendant to file its response to the Complaint (by April 9, 2008) and gather information and documents in advance of conferring with opposing counsel required as by Rule 26(f).  This extension of time will allow the parties to engage in an orderly process as contemplated by the Federal Rules of Civil Procedure:  Defendant's response to the Complaint, followed by the required conference of counsel, initial disclosures and the preparation and filing of the Joint Case Management Statement and Rule 26(f) Report.  In addition, plaintiff's counsel will be out of the country on a pre-scheduled vacation from April 1 through 15, 2008, for which non-

1  refundable airline tickets and accommodations have already been purchased.

3  **IT IS SO STIPULATED.**

5  Dated: March 26, 2008                    ALTMAN & RAY

8  By: __/S/_____
   Sara Smith Ray
   Attorneys for Plaintiff CARL T. EDWARDS

10 Dated: March 25, 2008                    MILLER LAW GROUP
11                                          A Professional Corporation

13 By: __/S/_____
   Katherine L. Kettler
   Attorneys for Defendant AT&T
   UMBRELLA BENEFIT PLAN NO. 1
   (erroneously sued as AT&T DISABILITY
   INCOME PLAN)

2

**STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER**
Case No. C 07-4573 PJH

# ORDER

Having reviewed the Stipulation executed by Plaintiff CARL T. EDWARDS and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (erroneously sued herein as AT&T DISABILITY INCOME PLAN), and good cause appearing, the Court hereby orders that the April 17, 2008 Initial Case Management Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| _____ | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| _____ | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| _____ | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                 The Honorable Phyllis J. Hamilton
                                                                                 United States District Judge