Michele Ballard Miller (SBN 104198)
  *mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
  *lch@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
  *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT
PLAN NO. 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T DISABILITY INCOME PLAN,<br><br>　　　　　Defendants. | Case No.: C 07-4573 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| ENTITY | CONNECTION TO OR INTEREST IN CASE |
| --- | --- |
| AT&T Umbrella Benefit Plan, No. 1 | Defendant |
| AT&T Inc. | Plan Administrator of Defendant AT&T Umbrella Benefit Plan No. 1. |

Dated: April 9, 2008

MILLER LAW GROUP
A Professional Corporation


By: _____/S/_____
    Katherine L. Kettler
    Attorneys for Defendant AT&T
    UMBRELLA BENEFIT PLAN NO. 1.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA