UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: May 29, 2008                                             JUDGE: Phyllis J. Hamilton

Case No: C-07-4573 PJH

Case Name: Carl T. Edwards v. AT@T Disability Income Plan

Attorney(s) for Plaintiff:        Sarah Smith Ray
Attorney(s) for Defendant:        Katherine Kettler

Deputy Clerk: Nichole Heuerman                    Court Reporter: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held. The case is referred to ADR for ENE to be completed within 90 days. The court sets a briefing schedule for cross motions for summary judgment. Cross motions shall be filed by 10/1/08; oppositions to be filed by 10/15/08; replies to be filed by 10/22/08 with a hearing to be noticed for 11/5/08 at 9:00 a.m. The parties are handed copies of the courts pretrial instructions.

Order to be prepared by:    [] Pl [] Def [] Court

Notes:

cc: chambers; ADR