# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Edwards,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>AT&T Disability Income Plan,<br><br>　　　　　　Defendant(s). | 07-04573 PJH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Geoffrey V. White**
Law Office of Geoffrey V. White
351 California St., Suite 1500
San Francisco, CA 94104
415-362-5658

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04573 PJH ENE　　　　　　　　　　- 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: June 2, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-04573 PJH ENE                            - 2 -