LAW OFFICE
OF
GEOFFREY V. WHITE
351 CALIFORNIA STREET, SUITE 1500
SAN FRANCISCO, CALIFORNIA 94104-2407
TEL: (415) 362-5658
FAX: (415) 362-4115

FILED
JUN 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

June 3, 2008

Sarah Smith Ray, Esq.
Altman & Ray
20700 Ventura Blvd., Ste. 128
Woodland Hills, CA 91436

Katherine L. Kettler, Esq.
Miller Law Group
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939

Re: Edwards v. AT&T Disability Income Plan
USDC 3:07-CV-04573 - PJH ENE

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the evaluator in this case under the court's Early Neutral Evaluation (ENE) program.

I have practiced labor and employee benefits law on behalf of plaintiffs and defendants for over 30 years. I believe my experience will allow me to bring an informed and objective perspective to the issues involved in your case.

Pursuant to ADR L.R. 5-8, I will conduct a telephone conference with counsel before the formal evaluation session to discuss the following:

- the procedures to be followed
- the nature of the case
- appropriate dates for the ENE session
- the parties who will be present at the session and other procedural matters
- ideas to improve the effectiveness of the ENE session or matters that could pose impediments
- requirements for your written ENE statements
- any questions you might have about the ENE program

I anticipate that the telephone conference will last approximately one-half hour. My secretary will call each of you to determine your availability for the telephone conference, which I hope to conduct before June 13, 2008. Before the telephone conference, please ascertain from your clients a selection of dates for conducting the ENE session.

LAW OFFICE OF GEOFFREY V. WHITE

Sarah Smith Ray, Esq.
Katherine L. Kettler, Esq.
June 3, 2008
Page 2

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455 (a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you in this case.

Very truly yours,

Geoffrey V. White

GVW:mc

√ cc:    Clerk's Office - ADR Unit