**FILED**
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Edwards,<br><br>    Plaintiff(s),<br><br>v.<br><br>AT&T Disability Income Plan,<br><br>    Defendant(s). | No. C 07-04573 PJH ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) July 28, 2008, August 12 & 27, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: August 28, 2008

_____
Evaluator, Geoffrey V. White
Law Office of Geoffrey V. White
351 California St., Suite 1500
San Francisco, CA 94104

Certification of ADR Session
07-04573 PJH ENE