Michele Ballard Miller (SBN 104198)
 mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
 lch@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
 klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1
(erroneously sued as AT&T DISABILITY INCOME PLAN)

Sara Smith Ray (SBN 140564)
 sray@altmanray.com
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, CA 91436
Tel. (818) 907-6900
Fax (818) 907-6906

Attorneys for Plaintiff CARL T. EDWARDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL T. EDWARDS,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T DISABILITY INCOME PLAN,<br><br>             Defendants. | Case No.: C 07-4573 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**<br><br>**[Civil L.R. 6-1]** |

1  WHEREAS, on May 29, 2008, the Court ordered that the parties file Cross-Motions for Summary Judgment of the issues in this case by October 1, 2008, and scheduled the hearing on the parties' Cross-Motions for November 5, 2008, at 9:00 a.m.;

WHEREAS, on July 28, August 12 and August 27, 2008 the parties participated in a mediation of their claims with Court-appointed Early Neutral Evaluator Geoffrey V. White, in a diligent and extended effort to resolve their dispute;

WHEREAS, despite the efforts of counsel and the mediator the parties have not agreed to a settlement of this case;

WHEREAS, Plaintiff's counsel has informed Defendant's counsel informally of Plaintiff's intention to take two non-party depositions, including one deposition out-of-state and the deposition of a designated "person most knowledgeable" on several issues;

WHEREAS, Defendant has objected informally to Plaintiff's proposed notices of deposition;

WHEREAS, counsel for the parties have engaged in, and intend to continue to engage in, meet and confer efforts to limit discovery in this action; and

WHEREAS, the parties agree that the current cross-motion filing deadline would not provide sufficient time for the parties to both conclude their efforts to meet and confer as to any agreeable method(s) and scope of discovery, nor would the existing discovery deadline provide sufficient time for any remaining unresolved discovery dispute(s) to be resolved in a reasonable and sufficient time before the parties would be required to file their Cross-Motions for Summary Judgment on October 1, 2008.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CARL T. EDWARDS ("Plaintiff") and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (erroneously sued as AT&T DISABILITY INCOME PLAN, and hereinafter "Defendant"), by and through their respective undersigned attorneys of record, to continue the date set by the Court for hearing on the parties' Cross-Motions for Summary Judgment as well as all

associated deadlines, including the applicable deadlines for the filing of the parties' opposition and reply briefs:

| | |
|---|---|
| January 21, 2009 | Last day for Plaintiff and Defendant to file and serve opening briefs to Cross-Motions for Summary Judgment. |
| February 4, 2009 | Last day for Plaintiff and Defendant to file and serve reply briefs to Cross-Motions for Summary Judgment. |
| February 11, 2009 | Last day for Plaintiff and Defendant to file and serve reply briefs to Cross-Motions for Summary Judgment. |
| February 25, 2009 9:00 a.m. | Hearing on the parties' Cross-Motions for Summary Judgment |

Good cause exists for this continuance of the existing deadline for filing the Cross-Motions for Summary Judgment, and all associated deadlines, because it will allow the parties time to engage in further meet and confer efforts in an attempt to resolve their discovery disputes without judicial intervention, and provide the parties time to conduct any agreed-upon discovery in sufficient time to complete such discovery before filing any Cross-Motions for Summary Judgment.

**IT IS SO STIPULATED.**

Dated:  September 16, 2008          ALTMAN & RAY


By:  /S/
   Sara Smith Ray
   Attorneys for Plaintiff CARL T. EDWARDS


Dated:  September 16, 2008          MILLER LAW GROUP
                                                  A Professional Corporation


By:  /S/
   Katherine L. Kettler
   Attorneys for Defendant AT&T
   UMBRELLA BENEFIT PLAN NO. 1
   (erroneously sued as AT&T DISABILITY
   INCOME PLAN)

# ORDER

Having reviewed the Stipulation executed by Plaintiff CARL T. EDWARDS and Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1, and good cause appearing, the Court hereby orders that the November 5, 2008 hearing on the parties' Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| Date | Event |
|---|---|
| January 21, 2009 | Last day for Plaintiff and Defendant to file and serve opening briefs to Cross-Motions for Summary Judgment. |
| February 4, 2009 | Last day for Plaintiff and Defendant to file and serve opposition briefs to Cross-Motions for Summary Judgment. |
| February 11, 2009 | Last day for Plaintiff and Defendant to file and serve reply briefs to Cross-Motions for Summary Judgment. |
| February 25, 2009 9:00 a.m. | Hearing on the parties' Cross-Motions for Summary Judgment. Date Subject to Change based on court's availability |

**IT IS SO ORDERED.**

Dated: 9/17/08



_____
Judge Phyllis J. Hamilton